Opinion issued February 23, 2012.



 

 

 

 

 

              

 

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-01113-CR

____________

 

loretta marie maxie,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 

 



On Appeal from the 232nd District Court 

Harris County, Texas

Trial Court Cause No. 975461

 

 



MEMORANDUM
OPINION








          Appellant, Loretta Marie Maxie,
attempts a second appeal of her May 10, 2004 conviction for aggravated sexual
assault of a child.  This Court
previously affirmed the judgment of the trial court.  See
Maxie v. State, No. 01-04-00524-CR, 2005
WL 2850228 (Tex. App.—Hous. [1 Dist.] (Oct. 27, 2005), pet. ref’d.).

              This
court lacks jurisdiction to consider a second appeal from appellant’s final
conviction.  The exclusive
post-conviction remedy in final felony convictions in Texas courts is through a
writ of habeas corpus pursuant to Texas Code of Criminal Procedure article
11.07.  Tex.
Code Crim. Proc. Ann. art. 11.07, § 5 (West Supp. 2010) (providing that “[a]fter
conviction, the procedure outlined in this Act shall be exclusive and any other
proceeding shall be void and of no force and effect in discharging the prisoner”);
Ater v. Eighth Court of Appeals, 802
S.W.2d 241 (Tex. Crim. App. 1991).           

Accordingly, because we lack jurisdiction over the appeal, we dismiss.  See Tex. R. App. P. 25.2(d), 42.3(a),
43.2(f).  We dismiss all
pending motions as moot.

PER CURIAM

Panel consists of Chief Justice
Radack and Justices Higley and Brown. 

Do not publish.   Tex.
R. App. P. 47.2(b).